KING v. WEAVIL

No. 521P96

Case below: 124 N.C.App. 457

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


KING v. YEARGIN CONSTRUCTION CO.

No. 493P96

Case below: 124 N.C.App. 396

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


KISIAH v. W. R. KISIAH PLUMBING

No. 482P96

Case below: 124 N.C.App. 72

Petition by defendant (W. R. Kisiah Plumbing, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


LEE v. MILLS MFG. CORP.

No. 400P96

Case below: 123 N.C.App. 357

Petition by defendants (Graham Care Center and N.C. Farm Bureau) for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.


MacLAGAN v. KLEIN

No. 412P96

Case below: 123 N.C.App. 557

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.